MICHAEL A. SAAVEDRA
#E07529 / P.O. BOX: 3476
CORCORAN, CA. 93212

FILED
08 JUN 18 PM 2:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUNE 3, 2008

OFFICE OF THE CLERK,
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

RE: CASE NO. CV08-02180 CRB
(SAAVEDRA V. SCRIBNER, ET. AL.).

DEAR CLERK,

   I AM THE PRO-SE PLAINTIFF IN THE ABOVE MATTER RESPECTFULLY RETURNING TO YOU MY FULLY FILLED OUT SUMMONS FORMS TO BE SIGNED / ISSUED BY YOU AND RETURNED TO ME FOR SERVING THE DEFENDANTS.

   I WOULD ALSO LIKE TO REQUEST (8) "WAIVER OF SERVICE" FORMS AS I AM CURRENTLY IN THE PROCESS OF CONTACTING THE DEFENDANTS (AND IN CASE) SHOULD THEY DECIDE TO WAIVE SERVICE, I WILL ALREADY HAVE THESE FORMS AVAILABLE.

   PLEASE NOTE THAT I HAVE ALSO ENCLOSED SOME STAMPS TO COVER RETURN POSTAGE.

   I SINCERELY THANK YOU FOR YOUR TIME AND ASSISTANCE, IT IS MOST GREATLY APPRECIATED.

VERY RESPECTFULLY,

MICHAEL A. SAAVEDRA
(PRO-SE PLAINTIFF)

ENCLOSURES: (8) SUMMONSES;
            (6) POSTAGE STAMPS.

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

_MICHAEL ANTHONY SAAVEDRA,_ )
Plaintiff )
v. )  Civil Action No. CV08-02180 CRB
_L.E. SCRIBNER, ET. AL.,_ )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

L.E. SCRIBNER, CHIEF DEPUTY WARDEN;
SALINAS VALLEY STATE PRISON
31625 HIGHWAY 101 / P.O. BOX: 1020
SOLEDAD, CA. 93960

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

( PLAINTIFF IS PRO-PER ):
MICHAEL ANTHONY SAAVEDRA
C.D.C. NO. E07529 ( C.S.P. CORCORAN )
P.O. BOX: 3476 / CORCORAN, CA. 93212

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____    _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

_MICHAEL ANTHONY SAAVEDRA,_
Plaintiff
v.
_L.E. SCRIBNER, ET. AL.,_
Defendant

Civil Action No. _CV08-02180 CRB_

## Summons in a Civil Action

To: *(Defendant's name and address)*

D. TRAVERS, CHIEF DEPUTY WARDEN;
SALINAS VALLEY STATE PRISON
31625 HIGHWAY 101 / P.O. BOX: 1020
SOLEDAD, CA. 93960

A lawsuit has been filed against you.

Within _20_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

(PLAINTIFF IS PRO-PER):
MICHAEL ANTHONY SAAVEDRA
C.D.C. NO. E07529 / C.S.P. CORCORAN
P.O. BOX: 3476 / CORCORAN, CA. 93212

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

MICHAEL ANTHONY SAAVEDRA )
Plaintiff )
v. ) Civil Action No. CV08-02180 CRB
L.E. SCRIBNER, ET. AL., )
Defendant )

### Summons in a Civil Action

To: *(Defendant's name and address)*

A. HEDGEPETH, CHIEF DEPUTY WARDEN,
SALINAS VALLEY STATE PRISON
31625 HIGHWAY 101 / P.O. BOX: 1020
SOLEDAD, CA. 93960

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

(PLAINTIFF IS PRO-PER):
MICHAEL ANTHONY SAAVEDRA
C.D.C. NO. E07529 (C.S.P. CORCORAN)
P.O. BOX: 3476 / CORCORAN, CA. 93212

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

MICHAEL ANTHONY SAAVEDRA, )
　　　　　Plaintiff )
　　　　　v. ) Civil Action No. CV08-02180 CRB
L.E. SCRIBNER, ET, AL., )
　　　　　Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

J.M. ALLISON, ASSISTANT WARDEN;
SALINAS VALLEY STATE PRISON
31625 HIGHWAY 101 / P.O. BOX: 1020
SOLEDAD, CA. 93960

A lawsuit has been filed against you.

　　Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

( PLAINTIFF IS PRO-PER ):
MICHAEL ANTHONY SAAVEDRA
C.D.C. NO. E07529 / C.S.P. CORCORAN
P.O. BOX: 3476 / CORCORAN, CA. 93212

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　Name of clerk of court

Date: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

MICHAEL ANTHONY SAAVEDRA,
Plaintiff

v.                                          Civil Action No. CV08-02180 CRB

L.E. SCRIBNER, ET. AL.,
Defendant

## Summons in a Civil Action

To: *(Defendant's name and address)*

P. MANDEVILLE, CAPTAIN;
SALINAS VALLEY STATE PRISON
31625 HIGHWAY 101 / P.O. BOX: 1020
SOLEDAD, CA. 93960

A lawsuit has been filed against you.

    Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

(PLAINTIFF IS PRO-PER):
MICHAEL ANTHONY SAAVEDRA
C.D.C. NO. E07529 / C.S.P. CORCORAN
P.O. BOX: 3476 / CORCORAN, CA. 93212

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____        _____
                                     Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

MICHAEL ANTHONY SAAVEDRA,
Plaintiff
v.                                    Civil Action No. CV 08 - 02180 CRB
L.E. SCRIBNER, ET. AL.,
Defendant

**Summons in a Civil Action**

To: *(Defendant's name and address)*

J. CELATA, LEIUTENANT;
SALINAS VALLEY STATE PRISON
31625 HIGHWAY 101 / P.O. BOX: 1020
SOLEDAD, CA. 93960

A lawsuit has been filed against you.

    Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

( PLAINTIFF IS PRO-PER ):
MICHAEL ANTHONY SAAVEDRA
C.D.C. NO. E07529 / C.S.P. CORCORAN
P.O. BOX: 3476 / CORCORAN, CA. 93212

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

MICHAEL ANTHONY SAAVEDRA, )
             Plaintiff                   )
             v.                   )   Civil Action No. CV08-02180 CRB
L.E. SCRIBNER, ET. AL.,       )
             Defendant         )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

J. McCALL, I.S.U. LIEUTENANT;
SALINAS VALLEY STATE PRISON
31625 HIGHWAY 101 / P.O. BOX: 1020
SOLEDAD, CA. 93960

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

( PLAINTIFF IS PRO-PER ):
MICHAEL ANTHONY SAAVEDRA
C.D.C. No. E07529 / C.S.P. CORCORAN
P.O. BOX: 3476 / CORCORAN, CA. 93212

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                   Name of clerk of court

Date: _____               _____
                                         Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

_MICHAEL ANTHONY SAAVEDRA,_ )
Plaintiff )
v. ) Civil Action No. CV08-02180 CRB
_L.E. SCRIBNER, ET. AL.,_ )
Defendant )

### Summons in a Civil Action

To: *(Defendant's name and address)*

R. PARIN, LIEUTENANT ;
SALINAS VALLEY STATE PRISON
31625 HIGHWAY 101 / P.O. BOX : 1020
SOLEDAD, CA. 93960

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

( PLAINTIFF IS PRO-PER ) :
MICHAEL ANTHONY SAAVEDRA
C.D.C. NO. E07529 / C.S.P. CORCORAN
P.O. BOX : 3476 / CORCORAN, CA. 93212

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of clerk of court

Date: _____

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*



MICHAEL A. SAAVEDRA
#E07529 / 4A-12-11L
P.O. BOX: 3476
CORCORAN, CA. 93212

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

RECEIVED
JUN 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA