MICHAEL A. SAAVEDRA
#E07529 / 4B-S.H.U.
P.O. BOX: 3481
CORCORAN, CA. 93212



JULY 13TH., 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

RE: SAAVEDRA V. SCRIBNER, ET. AL.; CIVIL ACTION NO. CV08-02180 CRB (FILED 4/28/08).

DEAR CLERK,

WITH THE UTMOST RESPECT I WISH TO INQUIRE WHETHER YOU HAVE RECEIVED AND RETURNED THE SUMMONS FORMS I MAILED TO YOU (WITH RETURN POSTAGE) ON 6/2/08...

AS OF THIS DATE I HAVE NOT RECEIVED THEM AND THE TIME ALLOWED FOR ME TO SERVE THE DEFENDENTS IN THIS CASE IS GETTING QUITE SHORT NOW, AND AS THEIR "AGENT" AUTHORIZED BY LAW TO RECEIVE SERVICE OF PROCESS FOR THE DEFENDANTS, HAS REFUSED TO WAIVE SERVICE (PLEASE SEE ATTACHED RESPONSE).

ALSO, AT THIS TIME I WOULD LIKE TO NOTIFY THE COURT OF MY CHANGE OF ADDRESS

FROM:  MICHAEL A. SAAVEDRA
       #E07529 / P.O. BOX: 3476
       CORCORAN, CA. 93212

TO:    MICHAEL A. SAAVEDRA
       #E07529 / P.O. BOX: 3481
       CORCORAN, CA. 93212

I VERY SINCERELY THANK YOU FOR YOUR TIME AND ASSISTANCE IN THIS MATTER AND I HOPE TO HEAR FROM YOU SOON.

VERY SINCERELY,

MICHAEL A. SAAVEDRA
/ PLAINTIFF /
PRO-SE PRISONER.

MICHAEL A. SAAVEDRA
#E07529 /4A-1R-111
P.O. BOX: 3470 3481
CORCORAN, CA. 93212

JUNE 4TH., 2008

LITIGATION COORDINATOR
SALINAS VALLEY STATE PRISON
31625 HIGHWAY 101
P.O. BOX: 1020
SOLEDAD, CA. 93960

RE: SAAVEDRA V. SCRIBNER. ET. AL.; U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIF. CASE NO. CV08-02180 CRB.

DEAR SIR/MADAM,

PLEASE NOTE THAT A CIVIL LAW SUIT HAS BEEN FILED AGAINST 8 - SALINAS VALLEY STATE PRISON EMPLOYEES (SEE ATTACHED CIVIL COVER SHEET) BY MYSELF IN PRO-SE, AND AS SUCH (PER D.O.M. SEC. 14010) I WISH TO RESPECTFULLY SEEK WHETHER THESE PERSONS OR YOURSELF (ACTING AS NAMED AGENT) IS WILLING TO WAIVE SERVICE AND ACCEPT INFORMAL SERVICE OF THE COMPLAINT BY MAIL.

YOUR RESPONSE TO THIS MATTER WOULD BE GREATLY APPRECIATED AND I VERY SINCERELY THANK YOU FOR YOUR TIME AND CONSIDERATION.

WITH MUCH RESPECT,

MICHAEL ANTHONY SAAVEDRA

CC: U.S. DIST. COURT CLERK

The answer to your question is NO.

E. Donnelly.
Litigation Dept.

I have given you the current location for these

MICHAEL A. SAAVEDRA
#E07529/4B-4L-62
P.O. BOX: 3481
CORCORAN, CA. 93212

STATE PRISON CORCORAN

JUL 17 PM 1:49
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**LEGAL MAIL ONLY**

OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102