```
 1  MICHAEL ANTHONY SAAVEDRA
    NO. E07529 / P.O. BOX : 3481
 2  CORCORAN, CA. 93212
    ( PRO-SE PRISONER )
 3
```



FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY SAAVEDRA, PLAINTIFF, <br><br> V. <br><br> L.E. SCRIBNER, ET. AL., DEFENDANTS. | CASE NO. CV08-2180 CRB (PR) <br><br> PLAINTIFF'S EX PARTE MOTION UNDER THE FED. RULES OF CIVIL PROC., RULE 4(m), TO EXTEND THE TIME FOR SERVICE OF THE COMPLAINT AND SUMMONS UPON THE DEFENDANTS. |

PLAINTIFF, MICHAEL ANTHONY SAAVEDRA, HEREBY RESPECTFULLY ASKS THIS COURT TO PLEASE GRANT HIM AN EXTENSION OF TIME UNDER RULE 4(m) OF THE FED. RULES OF CIVIL PROC. TO AND INCLUDING OCTOBER 25, 2008 IN WHICH TO SERVE THE DEFENDANTS IN THIS CASE WITH THE SUMMONS AND COMPLAINT.

THIS REQUEST/MOTION IS BASED UPON THE ATTACHED DECLARATION OF MICHAEL A. SAAVEDRA HERETO IN SUPPORT OF AND IS MADE FOR GOOD CAUSE.

DATED: JULY 31, 2008

RESPECTFULLY SUBMITTED BY:

/s/ Michael Anthony Saavedra

MICHAEL ANTHONY SAAVEDRA,
PLAINTIFF IN PRO-SE.

1.

DECLARATION OF MICHAEL ANTHONY SAAVEDRA

I, MICHAEL A. SAAVEDRA, HEREBY DECLARE THE FOLLOWING:

1. I AM THE PLAINTIFF IN THIS MATTER OF A 42 U.S.C. §1983 CIVIL RIGHTS COMPLAINT AND PROCEEDING WITHOUT THE LEGAL COUNSEL OR ASSISTANCE OF AN ATTORNEY AND WITHOUT THE MEANS OR RESOURCES TO RETAIN ONE.

2. I AM ALSO A STATE PRISONER CONFINED WITHIN THIS PRISON'S "SECURITY HOUSING UNIT" (S.H.U.) IN SOLITARY CONFINEMENT.

3. MY COMPLAINT IN THIS MATTER HEREIN WAS FILED BY THE COURT CLERK ON APRIL 28, 2008 AND GIVEN CIVIL CASE NO. CV08-2180 CRB (PR).

4. THE STATUTE OF LIMITATIONS TO FILE SUCH A COMPLAINT UNDER CALIFORNIA LAW (CALIF. CODE OF CIVIL PROCEDURE § 335.1; 312 AND 352.1) WAS MAY 5TH., 2008.

5. THE TIME LIMIT FOR SERVICE OF THE SUMMONS AND COMPLAINT UPON DEFENDANTS (RULE 4(m) OF THE FED. RULES OF CIVIL PROC.) IS AUGUST 26, 2008 (120 DAYS FROM FILING DATE).

6. IN ORDER TO AVOID ADDITIONAL AND UNNECESSARY COSTS, I HAVE RESPECTFULLY ASKED THE DEFENDANTS' (8-TOTAL) AGENT (AUTHORIZED TO RECEIVE SERVICE OF PROCESS) TO WAIVE SERVICE PER FED. R. CIV. P., RULE 4(d) IN WHICH SAID AGENT EMPHATICALLY RESPONDED "NO" (PLEASE SEE ATTACHED EXHIBIT 'A' HERETO).

7. MY PRESENT CONFINEMENT TO THE S.H.U.

2.

1  (SOLITARY CONFINEMENT), DOES NOT ALLOW ME THE
2  THE USE OF A TELEPHONE AND AS SUCH, IT
3  WILL TAKE ME LONGER TO WRITE AND RECEIVE REPLIES
4  FROM PROFESSIONAL PROCESS SERVERS WHO I MUST
5  NOW HIRE (AND COMPARE THEIR AFFORDABLE PRICES).
6  8.   AS OF THIS DATE, I HAVE NOT YET RECEIVED
7  THE SIGNED/ISSUED SUMMONS FROM THIS COURT'S
8  CLERK.
9      FOR THESE REASONS, I AM VERY RESPECTFULLY
10 ASKING THIS COURT TO PLEASE GRANT ME A 60-DAY
11 EXTENSION OF TIME, TO SERVE THE 8-DEFENDANTS
12 IN THIS CASE WITH THE SUMMONS AND COMPLAINT,
13 TO AND INCLUDING OCTOBER 25, 2008.
14     I FURTHER DECLARE UNDER PENALTY OF
15 PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
16 AND THAT THIS DECLARATION WAS EXECUTED ON
17 AUGUST 1, 2008 AT CORCORAN, CALIFORNIA.

MICHAEL ANTHONY SAAVEDRA
DECLARANT / PLAINTIFF
IN PRO-SE

3.