MICHAEL ANTHONY SAAVEDRA
NO. E07529 / P.O. BOX: 3481
CORCORAN, CA. 93212

(PRO-SE PRISONER)

FILED
08 AUG 21 PM 1:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY SAAVEDRA, <br> PLAINTIFF, <br><br> VS. <br><br> L.E. SCRIBNER, ET. AL., <br> DEFENDANTS. | CASE NO. CV08-2180 CRB(PR) <br><br> PLAINTIFF'S EX PARTE MOTION / REQUEST TO BE EXCUSED FROM FILING THE NUMBER OF COPIES REQUIRED FOR FILING HIS (ATTACHED) MOTION TO EXTEND THE TIME FOR SERVICE (RULE 4(m) MOTION). |

PLAINTIFF, MICHAEL A. SAAVEDRA, HEREBY RESPECTFULLY ASKS THE COURT TO PLEASE EXCUSE HIM FROM FILING THE NUMBER OF COPIES REQUIRED TO FILE HIS FEDERAL RULES OF CIVIL PROCEDURE, RULE 4(m), MOTION TO EXTEND THE TIME FOR SERVICE (ATTACHED HERETO).

THIS MOTION IS MADE FOR GOOD CAUSE AND IN SUPPORT OF THIS MOTION, PLAINTIFF DECLARES THE FOLLOWING FACTS UPON WHICH HE WOULD URGE THE COURT TO CONSIDER:

1. MY CURRENT PRISON CONFINEMENT IS BOTH SOLITARY AND SEGREGATED WITHIN THIS PRISON'S MAXIMUM SECURITY HOUSING UNIT (S.H.U.).

2. BECAUSE OF SUCH CONFINEMENT AND

VERY MINIMAL AND RESTRICTED MOVEMENT HERE IN S.H.U., ONLY PRISONERS WITH "COURT ORDERED" DEADLINES ARE ALLOWED ACCESS TO THIS PRISON'S S.H.U. SATELITE LIBRARY ONCE A WEEK FOR A 2-HOUR SESSION.

3. DESPITE NUMEROUS REQUESTS I HAVE NOT BEEN GRANTED ACCESS TO THE S.H.U. LAW LIBRARY SINCE 7/4/08 (OVER A MONTH NOW) NOR TO ANY OTHER TYPE OF PAGING/COPYING SERVICES.

4. I HAVE FILED AN ADMINISTRATIVE COMPLAINT/APPEAL REGARDING THIS ISSUE BUT HAVE YET TO RECEIVE A RESPONSE OR ANY TYPE OF ASSISTANCE WITH MY COPYING AND OTHER LEGAL REQUESTS.

FOR THE (FOREGOING) REASONS, I VERY HUMBLY AND SINCERELY ASK THE COURT TO EXCUSE ME FROM FILING THE NUMBER OF COPIES REQUIRED FOR FILING THE ATTACHED F.R.C.P. RULE 4(m) MOTION. I ALSO DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON AUGUST 12, 2008 AT CORCORAN, CALIFORNIA.

MICHAEL ANTHONY SAAVEDRA
DECLARANT/PLAINTIFF
IN PRO-SE

2.



MICHAEL A. SAAVEDRA
#E07529 / 4A-1R-11L
P.O. BOX: 3476
CORCORAN, CA. 93212

JUNE 4TH, 2008

LITIGATION COORDINATOR
SALINAS VALLEY STATE PRISON
31625 HIGHWAY 101
P.O. BOX: 1020
SOLEDAD, CA. 93960

RE: SAAVEDRA V. SCRIBNER, ET. AL., U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIF. CASE NO. CV08-02180 CRB.

DEAR SIR/MADAM,

   PLEASE NOTE THAT A CIVIL LAW SUIT HAS BEEN FILED AGAINST 8-SALINAS VALLEY STATE PRISON EMPLOYEES (SEE ATTACHED CIVIL COVER SHEET) BY MYSELF IN PRO-SE, AND AS SUCH (PER D.O.M. SEC. 14010) I WISH TO RESPECTFULLY SEEK WHETHER THESE PERSONS OR YOURSELF (ACTING AS NAMED AGENT) IS WILLING TO WAIVE SERVICE AND ACCEPT INFORMAL SERVICE OF THE COMPLAINT BY MAIL.

   YOUR RESPONSE TO THIS MATTER WOULD BE GREATLY APPRECIATED AND I VERY SINCERELY THANK YOU FOR YOUR TIME AND CONSIDERATION.

WITH MUCH RESPECT,

MICHAEL ANTHONY SAAVEDRA

CC: U.S. DIST. COURT CLERK

*The answer to your question is NO.*

*E. Donnelly*
*Litigation Dept.*

*I have given you the current location for these employees.*



MICHAEL A. SAAVEDRA
#E07529/4B-4L-62
P.O. BOX: 3481
CORCORAN, CA. 93212

STATE PRISON CORCORAN

CONFIDENTIAL
LEGAL MAIL

OFFICE OF THE CLERK
U.S. DISTRICT COURT HOUSE
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

94102-3661

CONFIDENTIAL BAKERSFIELD CA 933
LEGAL MAIL    MOJAVE CA
10 AUG 2008 PM 2 L
8-12-08