IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. SAAVEDRA, | ) | |
| Plaintiff(s), | ) | No. C 08-2180 CRB (PR) |
| v. | ) | ORDER |
| L. E. SCRIBNER, et al., | ) | (Docket # 5 & 6) |
| Defendant(s). | ) | |

Plaintiff's request for an extension of time to serve the complaint on the defendants (doc # 5), and request to be excused from filing copies of the request for an extension of time (doc # 6), are DENIED as moot. The court recently found that plaintiff's allegations state an arguable § 1983 claim for denial of due process and ordered the United States Marshal to serve, without prepayment of fees, copies of the complaint in this matter on the named defendants at SVSP.

SO ORDERED.

DATED: Sept. 2, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Saavedra, M1.or1.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A SAAVEDRA,

        Plaintiff,

  v.

L E SCRIBNER et al,

        Defendant.

Case Number: CV08-02180 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael A. Saavedra E-07529
C.D.C.
4B-4L-62
P.O. Box 3481
Corcoran, CA 93212

Dated: September 2, 2008

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk