IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL A. SAAVEDRA,<br><br>              Plaintiff,<br><br>      v.<br><br>L. E. SCRIBNER, et al.,<br><br>              Defendants. | Case No. C 08-2180 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DECLARATION OF J. MCCALL RE: DOCUMENTS UNDER SEAL |

   The Court has reviewed Defendants' Administrative Motion to File the Declaration of J. McCall in Support of Defendants' Motion for Summary Judgment Under Seal and the attached documents identified as Exhibits A through D.

   GOOD CAUSE APPEARING, the Court grants the Application. The Court orders that the Declaration of J. McCall in Support of Defendants' Motion for Summary Judgment and the attached documents identified as Exhibits A through D be sealed and not disclosed to Plaintiff or made part of the public record for a period of fifty (50) years.

Dated: Feb. 05, 2009

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* /s/ Judge Charles R. Breyer

[Proposed] Order Granting Admin. Mot. Seal Decl. McCall

M. Saavedra v. Scribner, et al.
Case No. C 08-2180 CRB

1