IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL A. SAAVEDRA,<br><br>Plaintiff,<br><br>v.<br><br>L. E. SCRIBNER, et al.,<br><br>Defendants. | Case No. C 08-2180 CRB<br><br>[PROPOSED] ORDER DISMISSING DEFENDANT J. ALLISON<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

On March 19, 2009 Plaintiff Michael A. Saavedra voluntarily dismissed Defendant J. Allison under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). IT IS SO ORDERED that Defendant J. Allison be dismissed from this action with prejudice.

Dated: _March 23, 2009_

_____
The Honorable Charles R. Breyer
UNITED STATE DISTRICT COURT JUDGE

1

[Proposed] Order Dismissal of Def. J. Allison

Saavedra v. Scribner, et al.
Case No. C 08-2180 CRB